IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NICANOR ROMAN-HERRERA, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> MARY DE ANDA-YBARRA et al., § <br> § <br> Respondents. § | CAUSE NO. EP-26-CV-178-KC |

### FINAL JUDGMENT

On this day, the Court considered the case. On February 4, 2026, the Court granted in part Nicanor Roman-Herrera's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 4, 2026, Order 2–3, ECF No. 5. Respondents have now informed the Court that an immigration judge granted Roman-Herrera a $10,000 bond. Status Report, ECF No. 6.

It appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Feb. 4, 2026, Order. Accordingly, **the Clerk shall close the case**. To the extent Roman-Herrera, wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

SIGNED this 13th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE